IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITOR V. NOGUEIRA-MENDES,<br><br>                Petitioner,<br><br>v.<br><br>BRIAN MCSHANE, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 25-5810 |

### ORDER

**AND NOW**, this 13th day of November 2025, upon consideration of Petitioner's Motion to Expedite Issuance of Order to Show Cause (Doc. No. 5) and Respondents' filing of a Response in Opposition to Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 8), it is **ORDERED** that Petitioner's Motion to Expedite Issuance of Order to Show Cause (Doc. No. 5) is **DENIED WITHOUT PREJUDICE AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.