IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vitor V. NOGUEIRA-MENDES,<br><br>                Petitioner,<br><br>  v.<br><br>Brian MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Jamal L. JAMISON, Warden of Philadelphia Federal Detention Center,<br><br>                Respondents. | CIVIL ACTION<br>NO. 25-5810 |

## ORDER

**AND NOW**, this 3rd day of December, 2025, upon consideration of Petitioner Vitor V. Nogueira-Mendes's Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 8), Petitioner's Reply to Respondent's Response in Opposition (Doc. No. 10), and Petitioner's Motion for a Temporary Restraining Order (Doc. No. 11), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **GRANTED** and Petitioner's Motion for a Temporary Restraining Order (Doc. No. 11) is **DENIED as moot**. It is **FURTHER ORDERED** as follows:

1) Within seven (7) days of the date of this Order, Respondents must provide Petitioner with a bond hearing under 8 U.S.C. 1226(a), in which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

2) If Respondents fail to hold a bond hearing within seven (7) days of the date of this Order, they must release Petitioner from detention while he awaits the bond hearing.

3) Within ten (10) days of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

        BY THE COURT:

        /s/ Joel H. Slomsky, J.
        JOEL H. SLOMSKY, J