IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Vitor V. NOGUEIRA-MENDES,

               Petitioner,

    v.

Brian MCSHANE, Field Office Director of
Enforcement and Removal Operations,
Philadelphia Field Office, Immigration and
Customs Enforcement; Kristi NOEM,
Secretary, U.S. Department of Homeland
Security; U.S. DEPARTMENT OF
HOMELAND SECURITY; Pamela BONDI,
U.S. Attorney General; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW;
Jamal L. JAMISON, Warden of Philadelphia
Federal Detention Center,

               Respondents.

CIVIL ACTION
NO. 25-5810

## ORDER

**AND NOW**, this 26th day of March 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 14), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.

1